**Order entered January 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-01085-CV**

**IN THE INTEREST OF T.C.N., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-15940**

**ORDER**

Before the Court is appellant's motion to extend time for filing a formal bill

of exception. We **GRANT** the motion and **EXTEND THE DEADLINE** to March

11, 2021.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE